# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY JERMANE BRUNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOC DOCTORS AND NURSES, )<br>)<br>Defendants. ) | Case No. CIV-23-459-J |

## ORDER

Plaintiff, a state prisoner appearing pro se, filed this action under 42 U.S.C. § 1983 alleging inadequate medical care while incarcerated. (Compl.) [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C). After granting Plaintiff's request to proceed in forma pauperis, Judge Mitchell ordered Plaintiff to pay an initial partial filing fee of $71.99 by July 11, 2023. [Doc. No. 7]. Plaintiff failed to do so, and Judge Mitchell has issued a Report and Recommendation recommending this action be dismissed without prejudice. [Doc. No. 9]. Plaintiff did not object by the deadline of August 7, 2023, and has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). Because Plaintiff has failed to comply with the Court's orders, the Court ADOPTS the Report and Recommendation [Doc. No. 9] and DISMISSES Plaintiff's Complaint [Doc. No. 1] without prejudice.

IT IS SO ORDERED this 21st day of August, 2023.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE